# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. David W. Madosh | | Mag. Judge: Ray Kent |
|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 2:18-cr-00027-RSK-3 | March 2, 2021 | 3:33 - 3:46 p.m.; 4:03 - 4:29 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government: Paul Lochner | Defendant: Monica Lubiarz-Quigley | Counsel Designation: CJA Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| | SRV/Probation Petition | Read __<br>Reading Waived __ |

### TYPE OF HEARING
- __ First Appearance
- __ Arraignment:
  - __ mute    __ nolo contendre
  - __ not guilty    __ guilty
- __ Initial Pretrial Conference
- __ Detention     (waived __)
- __ Preliminary   (waived __)
- __ Rule 5 Proceeding
- ✓ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- ✓ Other: Judgment for Revocation

### CHANGE OF PLEA
Guilty Plea to Count(s) _____ of the _____
Count(s) to be dismissed at sentencing: _____

Presentence Report:
__ Ordered    __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
Hearing held by video conference with parties present in the courtroom in Marquette, MI.

Defendant pled guilty to Violations 1-2.
Probation revoked.

### SENTENCING
- Imprisonment: Four (4) months (self-surrender)
- Probation: Revoked.
- Supervised Release: ---
- Fine: $ ---
- Restitution: $---
- Special Assessment: $ ---
- Plea Agreement Accepted: __ Yes  __ No
- Defendant informed of right to appeal: ✓ Yes  __ No
- Counsel informed of obligation to file appeal: ✓ Yes  __ No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| | $ _____ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| Reporter/Recorder: Digitally Recorded | Courtroom Deputy: S. Carpenter |